IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE R. LARA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-02434 |
| | § | |
| | § | |
| DIRK KEMPTHORNE, Secretary of the | § | |
| Department of the Interior, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion, this action is dismissed with prejudice.

SIGNED on November 25, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge